# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | | |
|---|---|---|
| CAROLYN ANN MANLEY BAILEY, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION H-04-918 |
| | § | |
| DOUG DRETKE, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED with prejudice.

SIGNED at Houston, Texas, on this 13th day of February, 2006.

*David Hittner*

_____

DAVID HITTNER

United States District Judge